# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thuma, David T. | United States Bankruptcy Court for the District of New Mexic | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Court Judge | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

500 Gold Avenue, SW
13th Floor
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member and manager | PBSWP, LLC, a New Mexico limited liability company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NCBJ mid-year meeting | 04/13-04/16 | San Antonio, TX | Attend NCBJ mid-year meeting | nwo night's hotel; transportation; food |
| 2. | NCBJ annual conference | 10/25-10/2804/13-04/15 | San Francisco, CA | Attend NCBJ annual conference | three night's hotel; transportation; food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Vanguard 500 Index Fund Admiral Shares | A | Int./Div. | M | T | | | | | |
| 2. | Vanguard Admiral Treasury Money Market Fund | A | Int./Div. | J | T | | | | | |
| 3. | Vanguard Balanced Index Fund Admiral Shares | A | Int./Div. | L | T | | | | | |
| 4. | Vanguard Tax-Exempt Money Market Fund | A | Int./Div. | L | T | | | | | |
| 5. | Vanguard 500 Index Fund Admiral Shares | A | Int./Div. | | | Sold | 05/15/16 | M | A | |
| 6. | Vanguard Prime Money Market Fund | A | Int./Div. | | | Sold | 05/15/16 | K | A | |
| 7. | Vanguard Balanced Fund Admiral Shares | A | Int./Div. | L | T | | | | | |
| 8. | Vanguard Energy Fund Investor Shares | A | Int./Div. | | | Sold | 05/15/16 | K | A | |
| 9. | Vanguard Prime Money Market Fund | A | Int./Div. | | | Sold | 05/15/16 | J | A | |
| 10. | Vanguard Tax-Managed Balanced Fund Admiral Shares | A | Int./Div. | M | T | | | | | |
| 11. | Vanguard Precious Metals and Mining Fund | A | Int./Div. | J | T | | | | | |
| 12. | Vanguard Target Retirement 2025 Fund | A | Int./Div. | O | T | | | | | |
| 13. | Vanguard Total Stock Market Index Fund Inv. Shares | A | Int./Div. | J | T | | | | | |
| 14. | Vanguard Admiral Treasure Money Market Fund | A | Int./Div. | J | T | | | | | |
| 15. | Vanguard Balanced Index Fund Admiral Shares | C | Int./Div. | L | T | | | | | |
| 16. | Vanguard Inflation-Protected Securities | A | Int./Div. | | | Sold | 05/15/16 | K | A | |
| 17. | TD Ameritrade FDIC Insured Money Market Account | A | Int./Div. | | | Sold | 05/15/16 | L | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer NM Education Plan (529) Conservative Portfolio | A | Int./Div. | L | T | | | | | |
| 19. Oppenheimer Educ. Plan (529) Ultra Conservative Portfolio | A | Int./Div. | L | T | Buy (add'l) | 12/31/16 | J | | |
| 20. PBSWP, LLC | D | Rent | N | W | Sold (part) | 05/15/16 | N | G | |
| 21. Wells Fargo Checking Account | A | Int./Div. | J | T | | | | | |
| 22. Wells Fargo Savings Account | A | Int./Div. | K | T | | | | | |
| 23. TD Ameritrade FDIC Insured Money Market Account | A | Int./Div. | | | Sold | 05/15/16 | J | A | |
| 24. Exxon common stock | A | Int./Div. | J | T | | | | | |
| 25. ABB Ltd | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 26. Alphabet Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 27. Amazon | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 28. American Intl Group | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 29. Apple, Inc. | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 30. Autozone, Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 31. Baidu Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 32. Bank of Hawaii | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 33. Berkshire Hathaway, Series B | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 34. Boeing Co. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brady Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 36. Carnival Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 37. Chevron Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 38. Citrix Systems, Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 39. Comcast Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 40. CSX Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 41. CVS Health Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 42. Diago PLC | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 43. Disney Co. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 44. Dominion Res Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 45. Dow Chemical | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 46. Emerson Electric Co. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 47. Energizer Holdings | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 48. Equity One Inc. REIT | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 49. Facebook Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 50. Federated Investments | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 51. Foot Locker Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FS Networks Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 53. General Dynamics Corp | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 54. Gilead Sciences | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 55. Glatfelter | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 56. Goldcorp Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 57. Halliburton Co. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 58. Hawaiian Elec. Indus. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 59. HCA Holdings Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 60. HD Supply HOldings | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 61. Home Depot Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 62. Humana Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 63. Intercontinental Exchange | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 64. Interxion Holding NV | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 65. Ishares ET; growth | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 66. Ishares ET; value | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 67. Ishares Core ET; emerging markets | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 68. Ishares Core ET; small cap | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares ET; Japan ETF | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 70. Ishares ET; Tip bond | A | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 71. JP Morgan Chase & Co. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 72. Lam Research Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 73. Landstar Systems Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 74. Lazard Ltd. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 75. McKesson Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 76. Mednax Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 77. Microsoft Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 78. One Gas Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 79. OneOK Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 80. Pepsico Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 81. Phillips 66 | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 82. Pfizer Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 83. Powershares ET'; small cap inform tech. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 84. Priceline Group Inc. | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 85. Procter & Gamble | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Regency Centers Corp REIT | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 87. Sanofi ADR | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 88. Siemans AG | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 89. Sprouts Farmers Markets | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 90. State Natl Cos. Inc. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 91. Toyota Mfr. Corp. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 92. Unilever PLC | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 93. US Bancorp | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 94. Vanguard ET; Developed markets | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 95. Vanguard ET; inter. term govt bond fund | A | Int./Div. | M | T | Buy | 06/01/16 | M | | |
| 96. Vanguard ET; short term inflation protected bonds | A | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 97. Vanguard ET; REIT | A | Int./Div. | K | T | Buy | 06/01/16 | K | | |
| 98. Vanguard ET; short term bonds | A | Int./Div. | M | T | Buy | 06/01/16 | M | | |
| 99. Vanguard ET; short term corp. bonds | A | Int./Div. | M | T | Buy | 06/01/16 | M | | |
| 100. Verizon Comm. | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 101. Vodafone Group PLC | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 102. Williams Sonoma | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wisdomtree Trust ET; Europe Hedged equity | A | Int./Div. | J | T | Buy | 06/01/16 | J | | |
| 104. Blackrock Funds II High Yield Bond Port. | A | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 105. Dodge & Cox Income Fund | A | Int./Div. | M | T | Buy | 06/01/16 | M | | |
| 106. Doubline Funds; total return bond fund | A | Int./Div. | M | T | Buy | 06/01/16 | M | | |
| 107. Metropolitan West funds; total return bond fund | A | Int./Div. | M | T | Buy | 06/01/16 | M | | |
| 108. Federal money market treas. govt. obligations fund | A | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 109. Ridgeworth Funds; floating rate high income | A | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 110. Thompson IM Funds; bond fund | A | Int./Div. | L | T | Buy | 06/01/16 | L | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thuma, David T. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. PBSWP, LLC is a [          ] LLC created to hold farm land in Indiana. It owns 54 acres of farm land in Hendricks County, Indiana. PBSWP sold 78 acres of farm land in Parke County, Indiana land in April, 2016 for $426,250.

Part VII. In May, 2016, we retained Sandia Investment Group (part of Wells Fargo Advisors) to act as our investment advisors. The buying and sale activity disclosed in Part VII is a result of that retention. Our investment advisors retained some of our mutual funds, sold others, and invested in a number of stock, ETFs, and mutual funds. The PBSWP funds from the sale of the Parke county land were transferred to our Wells Fargo Advisors accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David T. Thuma**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544